**Lorne Lei WRAY, Appellant,**

v.

Mr. Anthony M. ROSS; Mrs. Anthony M. Ross; State of Missouri, Franklin County; Missouri Department of Mental Health; Missouri Public Defender Commission, Franklin County; St. Louis Psychiatric Rehabilitation Center; William Lampros; Joan Ross; Roberta Gardine, CEO; Allen Blake, Asst. CEO; John Rabon, Dr.; Richard Scott, Dr.; Ashok Mallaya, Dr.; Ron Scharer, RN; Ally Burr Harris; Alphonso Menotti, Dr.; Gwen Portwood; Antonio Gesmundo, Dr.; Robert Steele; Beverly Buscemi; Karol Keil; Mario Carrerz, Dr.; Nicol Ross; Mr. Charles McClung; Mrs. Charles McClung; Unknown Ladd, Criminal Judge of Franklin County, Presiding in December 1997; Country Club Hills Police Department; Franklin County Sheriff's Department; Thomas Johnson; Marian Brown, Appellees.

**No. 00–3885EM.**

United States Court of Appeals, Eighth Circuit.

Submitted April 2, 2001.

Filed May 18, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Lorne Wray, who was committed to the St. Louis Psychiatric Rehabilitation Center after his plea of not guilty to charged criminal conduct by reason of insanity, appeals the District Court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of his 42 U.S.C. § 1983 complaint. The District Court did not err. Wray failed to state a section 1983 claim against any of the defendants, and he cannot attack the fact or duration of his confinement in a section 1983 complaint. His remedy, in the first instance, must be to apply to a state court for release under Mo.Rev.Stat. § 552.040(5). See *Kolocotronis v. Holcomb*, 925 F.2d 278 (8th Cir.1991).

Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.